1/31/18

To whom it may concern:
Judge Richard G. Andrews
Federal Court District of Del



I am writing to you to inform you that Dave McCluney is in contempt of court and I would like for a full scale injunction be brought to him stop all work. He has been serve paper for this case

Re: Case No 1:18-CV-00097-RGA

From: Gerald Franklin
People do have rights

P.S. Dave McCluney phone no
302-423-5502
Can you call him and let him know

